| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:22CR00093 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00124-JCM-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Yoe Carlos Hernandez-Martinez | ND/AL | Southern |

X FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
MAY 06, 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG  DEPUTY

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable AnneMarie Carney Axon |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/1/2024 | TO 4/30/2027 |
|---|---|---|

OFFENSE
18 U.S.C.§ 1030(a)(4) Fraud and Related Activity in Connection with Computers

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Violation of supervision; Familial ties to Nevada ensures he will remain in the area for the duration of his supervision term.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Northern    DISTRICT OF    Alabama

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* ***Collection of restitution will be retained by the sentencing district if the restitution has been ordered joint and several with any other defendant(s).***

**DONE** and **ORDERED** this May 1, 2025.

*signature*

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    District    OF    Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 9, 2025                                               *signature* James C. Mahan
*Effective Date*                                           *United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Yoe Carlos Hernandez-Martinez

Case No.: **2:25-cr-00124-JCM-MDC-1**

<u>**REQUESTING ACCEPTANCE OF JURISDICTION**</u>

May 1, 2025

TO:   The Honorable U.S. District Judge

The purpose of this correspondence is to request the acceptance of Transfer of Jurisdiction in the above-name case. On June 6, 2023, Mr. Yoe Carlos Hernandez-Martinez was sentenced by the Honorable Judge Annemarie Carney Axon, in the Northern District of Alabama, to 27 months custody, followed by three years of supervised release, for committing the offense of Fraud and Related Activity in Connection with Computers.

Mr. Hernandez-Martinez commenced supervision on May 1, 2024, in the District of Nevada. Mr. Hernandez-Martinez has familial ties within the District of Nevada and intends to remain in the supervising district for the duration of his case.

At this time, we are requesting the jurisdiction of his case be accepted in the District of Nevada. The Honorable Judge Annemarie Carney Axon has agreed to relinquish jurisdiction as evident by her signature on the attached Transfer of Jurisdiction (Prob 22) form. Should the Court agree with this request, please sign the attached Prob 22.

Respectfully submitted,

Digitally signed by Javier Muruato-Cortez
Date: 2025.05.02 11:57:54 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.05.02 11:50:23 -07'00'

Joy Gabonia
Supervisory United States Probation Officer